Exhibit A to the Complaint

**Location:** Philadelphia, PA
**Total Works Infringed:** 35

**IP Address:** 141.158.52.240
**ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A39A15D101D5236C548A38DD339ADE65C25C9570 | 09/19/2025 16:56:55 | Milfy | 09/03/2025 | 09/16/2025 | PA0002551066 |
| 2 | 8076e05b6dc44e02bf125c5917010aabda507ca7 | 10/10/2024 23:35:04 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 3 | dd2a3a445f4a8680aa4a2fefc61f6eb8cd1bb468 | 10/10/2024 21:59:26 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 4 | b2d1d1749102fefe30d1d3ba8d9f71f374939ec9 | 10/10/2024 20:55:36 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 5 | 3dbc95f2ce960836b5deaf748fff025f9b6b83b1 | 10/09/2024 16:15:42 | Blacked Raw | 09/26/2022 | 10/31/2022 | PA0002377828 |
| 6 | 8D6CE9C7524655D3FA8DC6DD024C6B89FE140FCE | 09/11/2024 07:39:32 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 7 | A93F96E9500696950BC487BB0A53528684DA85DE | 08/30/2024 00:01:31 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 8 | 90a5db6be71ba6928a9a54dc55c7c38d10236683 | 07/27/2024 22:10:17 | Blacked Raw | 03/28/2022 | 04/23/2022 | PA0002346413 |
| 9 | 3b964aca6bd8413c27b82d67ab95ebde1a9ea012 | 07/11/2024 15:08:16 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 10 | aa93a3b96296e787156d360aad803a148bf44c8c | 06/02/2024 20:52:12 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 11 | 3327d2eaab8f7772561cd8baf430f1ecb8bba228 | 06/02/2024 17:27:11 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 12 | 36c032e0d20fb461e5bfa395367401d89c726783 | 06/02/2024 17:06:55 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 13 | e717c7da991d7a9edfea54f2bef4e9a25c8eeb50 | 05/23/2024 03:41:21 | TushyRaw | 07/05/2023 | 07/13/2023 | PA0002420347 |
| 14 | 151dcad04034be8e8b780c36bfefe0abe297ebb3 | 05/21/2024 02:37:37 | Tushy | 01/01/2023 | 01/10/2023 | PA0002389579 |
| 15 | ece84392c1fb4a9b94150d6be7883f87f4f0767e | 05/07/2024 21:37:59 | Blacked Raw | 04/22/2024 | 05/07/2024 | PA0002469678 |
| 16 | 8bcd3b5a7c11f71f5b72fac00e20c405b7b54ac5 | 04/01/2024 09:11:07 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 3559a417b37775c6dd9281190fa61456eff1695f | 03/01/2024 11:30:11 | Vixen | 08/19/2022 | 08/30/2022 | PA0002367752 |
| 18 | 49CCE797B4E3768BB43C6150B6F13438B9CC8BFB | 02/23/2024 03:16:12 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 19 | 65D43502F2CC2047646DBF58C7EF221701B65DC1 | 02/14/2024 23:59:36 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 20 | 13ce8f79ae7c84b5fac7dc444dd34aff7544d943 | 02/04/2024 23:12:18 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 21 | 1de51f71c2841c5d9e429646b0d5acd704994066 | 02/03/2024 21:00:34 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 22 | 0417d03f4b11219055c780daea378f96bcc5c354 | 02/02/2024 16:20:53 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 23 | 0095f3b5b52d2438157c65a42b217893c6e04539 | 01/31/2024 22:43:59 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 24 | 09a3647cbdc9d74d74a3114c02a274b3270b169e | 01/31/2024 22:13:11 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 25 | 779ed1bd7cefbe1b28b87a1a597a14d188b0013b | 01/28/2024 20:13:40 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 26 | 984a00e46a8515565e1f132943c175cf257534e7 | 01/27/2024 01:27:30 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 27 | 43230293e06a0c61d33e699f66138d48fda0b5b4 | 01/19/2024 22:30:42 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 28 | f96e707ee49d46747abc9c34104fa61f78e94f9c | 01/18/2024 11:38:20 | Blacked | 07/30/2022 | 08/30/2022 | PA0002367742 |
| 29 | c3165c9404b8279d3bddbc67f20d233516d461db | 01/18/2024 01:47:27 | Tushy | 05/15/2022 | 05/20/2022 | PA0002350379 |
| 30 | ac0feb9bd610a7f312c47db38d0ebb7e75fb6736 | 01/07/2024 19:14:07 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 31 | 16dceab11b014672cf215062bf10313cbef5b0a2 | 01/06/2024 00:35:04 | Blacked Raw | 07/25/2022 | 08/29/2022 | PA0002367727 |
| 32 | 4CDBB8841837D7B4EF69BD8372C22114EE5F2607 | 01/04/2024 04:26:32 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 33 | bcae36bd550d0f4c0965271cbb33ef2964210809 | 01/01/2024 13:10:20 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 34 | 5aae27b2c267bc39a5a3691652905d91205e7034 | 12/17/2023 03:25:09 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 9FD924A8E6AB463C8BB228E15CAF65E95298E3F8 | 12/16/2023 16:05:14 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |